

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:19-cr-00113-DOC-9 |
| CARLOS ANTONIO ANZURES-NAVA, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _July 25_, _2019_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _John D. Early_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _July 22, 2019_        JOHN D. EARLY
                              U.S. ~~District Judge~~/Magistrate Judge